## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert E. Snider and Kevin Krolczyk, as Trustees of the Roofers Local No. 96 Annuity, Health and Welfare, and Vacation Funds; and Robert M. Dalsin and James A. Hadel, as Trustees of National Roofing Industry Pension Plan, | Civil File Number:  08-cv-4773 RHK/RLE |
| Plaintiffs, | |
| vs. | **ORDER** |
| Daniel F. Herman, individually and d/b/a Herman Roofing, Inc., | |
| Defendant. | |

This matter came on for hearing before the Court on December 5, 2008, on Plaintiffs' motion for an Order.

Upon all files, records and proceedings herein, the Court hereby issues the following:

**ORDER**

1. Defendant is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms.

2. Defendant is to submit forthwith to Plaintiffs' TPA all of its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments for the time period of October 1, 2007 through the present.

3. The Defendant shall cooperate in all ways with this audit for the time period of October 1, 2007 through the present.

BY THE COURT:

Dated:  December  5th , 2008      s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge